JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SHANNON BECERRA, an individual, ) | Case No.: 8:19-cv-01409-JVS-JDE |
| ) | |
| Plaintiff, ) | **ORDER REMANDING REMOVED** |
| ) | **ACTION** |
| vs. ) | |
| ) | |
| JAGUAR LAND ROVER NORTH ) | |
| AMERICA, LLC, a Delaware limited ) | |
| liability company; and DOES 1 ) | |
| through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

On August 15, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

    1.    The Parties' stipulation is granted;

    2.    United States District Court of the Central District of California Case No. 8:19-cv-01409-JVS-JDE and entitled *Shannon Becerra v. Jaguar Land Rover North America, LLC, et al.* is hereby remanded to Superior Court of the State of California, County of Orange.

IT IS SO ORDERED.

Dated: August 16, 2019

_____
United States District Judge
James V Selna

-2-

[PROPOSED] ORDER REMANDING REMOVED ACTION
BECERRA V. JAGUAR LAND ROVER NORTH AMERICA, LLC, ET AL.